**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SATURNINO PRADO, | ) | No. CV 11-8069-GHK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: _____10/5/11_____

_____
GEORGE H. KING
United States District Judge